Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELIZABETH VAUGHN, Respondent, for Compensation under the

Workmen's Compensation Law, v. CLARK KNITTING COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE SWEETING, Respondent, for Compensation under the Workmen's Compensation Law, v. AMERICAN KNIFE COMPANY, Employer and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.